UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  No. 4:20-cr-00405 AGF SPM |
| | ) |
| MICHAEL FEIN, | ) |
| | ) |
|     Defendant. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Jeffrey B. Jensen, United States Attorney for the Eastern District of

Missouri, and Hal Goldsmith, Assistant United States Attorney for said District, and hereby enter

their appearance on behalf of the United States.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


*/s/ Hal Goldsmith*
HAL GOLDSMITH, #32984(MO)
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200