IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:20 CR 405 UNA |
| | ) | |
| MICHAEL FEIN, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Thomas C.

Albus, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant

United States Attorney for said District, and moves the Court to order defendant detained

pending trial, and further requests that a detention hearing be held three (3) days from the date of

defendant's initial appearance before the United States Magistrate pursuant to Title 18, United

States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1.      Defendant is charged with Wire Fraud, 18 U.S.C. § 1343, and Bank Fraud, 18

U.S.C. § 1344.  Both charges carry a statutory maximum punishment of 30 years imprisonment

if convicted.  The Indictment against Defendant also includes a Forfeiture Allegation seeking

funds of at least $23,000,000.00 which are proceeds traceable to such criminal acts.  Defendant,

acting through his various companies, is alleged to have made materially false statements and

representations to multiple national financial institutions, as well as government sponsored

enterprises The Federal Home Loan Mortgage Corporation ("Freddie Mac") and The Federal

National Mortgage Association ("Fannie Mae"), relative to loans, financing, and refinancing for multiple-family apartment complexes located in various cities, including St. Louis, Missouri, Kansas City, Missouri, and Tulsa, Oklahoma. Defendant's companies are alleged to have obtained approximately $28,225,000.00 through his fraudulent scheme.

2. A federal grand jury in the Eastern District of Missouri indicted Defendant on the instant charges on August 20, 2020. An arrest warrant was issued by this Court at that time for Defendant's arrest.

3. Defendant is a citizen of the United States, born on October 24, 1978 in New York. Defendant's United States passport, number 48464XXXX, was issued to him on June 20, 2011, with an expiration date of June 19, 2021. Upon information and belief, Defendant is a dual citizen of Israel, maintains a home in Israel, and has a wife and a number of children in Israel. Defendant also possesses an Israeli passport. During the period of the charged scheme, July 2016 through February 2019, Defendant, as an owner, vice president, and manager of various affiliated companies, operated out of a number of company offices, including in New York City, New York, Reading, Pennsylvania, and Kansas City, Missouri. Defendant made regular and frequent business trips to the St. Louis, Missouri area. As alleged in the Indictment, Defendant was responsible for the day-to-day operations of his companies' multi-family apartment complexes located in St. Louis, Kansas City, Tulsa and elsewhere.

4. There is a serious risk that the defendant will flee. The United States Attorney's Office for the Eastern District of Missouri, along with Special Agents of the Federal Housing Finance Agency, Office of Inspector General, Federal Bureau of Investigation, and the Office of the Inspector General for the U.S. Department of Housing and Urban Development initiated an investigation into Defendant's alleged scheme during 2019. The investigation was based upon

allegations that Defendant and his companies maintained substandard living conditions at numerous multi-family apartment complexes, as well as allegations of financial chicanery relative to the purchases, financing, and refinancing of those properties.

5. As part of its ongoing criminal investigation, federal law enforcement agents interviewed Defendant's management company's Chief Financial Officer on January 2, 2020 in the company's Kansas City, Missouri office. The Chief Financial Officer was directly supervised by Defendant. On January 3, 2020, the Chief Financial Officer, on behalf of Defendant's management company, produced a number of pertinent records to the agents. On January 13, 2020, the federal grand jury in the Eastern District of Missouri issued a subpoena for records upon Defendant's management company, which subpoena was served upon the Defendant's management company's Chief Financial Officer in the company's Kansas City office. The grand jury subpoena was then forwarded by the Chief Financial Officer to the company's counsel, who provided a copy of the subpoena to Defendant on January 14, 2020. Thus, at least as early as January 14, 2020, if not earlier, Defendant was aware of the federal grand jury investigation. On January 15 and January 21, 2020, the Chief Financial Officer of Defendant's management company produced records to federal law enforcement which were responsive to the grand jury subpoena.

6. Upon return of the August 20, 2020 Indictment, it was publicly filed with the Court. On August 21, 2020, Defendant participated in a telephone interview with a St. Louis Post Dispatch reporter relative to the public Indictment. As reported in the Post Dispatch (“*Managing Partner of Troubled Apartment Company Indicted in St. Louis for Bank, Wire Fraud*”), during that interview Defendant advised the reporter that he had traveled to Israel six months earlier, which would have been during February 2020. That would have been shortly

following service of the federal grand jury subpoena upon Defendant's company, and the company's production of responsive records.

7. Upon confirmation that Defendant was in fact living in Israel, on June 25, 2021 the United States formally sought extradition of Defendant from Israel pursuant to the Wire Fraud and Bank Fraud charges contained within the Indictment. On or about July 12, 2023, Defendant was arrested by Israeli authorities on the extradition petition, and the hearings and appeals began as Defendant declined to waive formal extradition and return voluntarily to the United States. Defendant was released in Israel pending the outcome of those hearings and appeals.

8. During late 2023 or early 2024, the undersigned Assistant U.S. Attorney was contacted by attorney Justin Gelfand who advised that he represented Defendant relative to the pending Indictment. Mr. Gelfand advised that Defendant was interested in a potential resolution of the pending charges. At Mr. Gelfand's request, on January 31, 2024, the undersigned along with federal law enforcement agents met with him for purposes of a "reverse proffer." During that meeting the undersigned and the agents disclosed the facts and information supporting the allegations contained within the Indictment and allowed Mr. Gelfand to review a significant number of records and documents supporting those allegations against Defendant. Mr. Gelfand advised that he would discuss the matter further with the Defendant and represented once again that Defendant wished to resolve the charges. Despite that representation, and during this same period of time and ongoing, Defendant continued to challenge and appeal the Israeli courts' findings which were all in favor of granting the United States' extradition request.

9. On April 17, 2024, the Jerusalem District Court declared Defendant extraditable to the United States. On January 27, 2025, the Israeli Supreme Court dismissed Defendant's

appeal of the District Court's Order. On January 31, 2025, at Mr. Gelfand's request as attorney for Defendant, the undersigned provided additional information to him concerning the financial losses related to the allegations in the Indictment with the understanding that Defendant wished to resolve the pending charges. Thereafter, Mr. Gelfand stopped communicating with the undersigned concerning Defendant, and Defendant continued to fight the extradition petition through the ongoing legal process in Israel. On May 14, 2026, the Final Extradition Order was signed by the Israeli Minister of Heritage, and Defendant was taken into custody and placed in house arrest by Israeli authorities.

10. On June 15, 20206, the Defendant having been taken into custody after losing his multi-year legal battle to avoid extradition to the United States, Justin Gelfand, as attorney for Defendant, re-contacted the undersigned and suggested that Defendant would now agree to voluntarily fly home to the United States. The undersigned advised Mr. Gelfand that, due to Defendant's flight and years long refusal to return to the United States, this Office would not intervene in the extradition process.

11. On June 24, 2026, a team of United States Deputy Marshals, along with two Medics, traveled to Israel and took custody of Defendant on the Extradition Order and returned Defendant to the United States in order for Defendant to face the pending charges brought by the grand jury's 2020 Indictment.

12. The evidence against Defendant is substantial, and consists primarily of numerous first-hand witness accounts, voluminous financial records prepared and/or signed by Defendant, and email communications involving the Defendant. If convicted of one or both charges, Defendant faces a potentially significant prison sentence, both under the governing statutes (maximum sentence of 30 years) and under the pertinent sentencing guidelines.

13. Under these extenuating facts and circumstances, it is the position of the United States that Defendant poses a serious risk of flight such that this Court should issue its Order granting the instant Motion for pretrial detention.

14. The United States, including the United States Marshal Service, is aware of Defendant's medical condition and has taken all appropriate steps to ensure his continued health care treatment, including the participation of two Medics during Defendant's extradition process.

WHEREFORE, the United States of America requests this Court issue its Order detaining Defendant prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY


*/s/ Hal Goldsmith*
HAL GOLDSMITH 32984 MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200


## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Hal Goldsmith*
HAL GOLDSMITH
Assistant United States Attorney