IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:20 CR 405 AGF/SPM |
| | ) | |
| MICHAEL FEIN, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>SUPPLEMENTAL MOTION FOR PRE-TRIAL DETENTION AND HEARING</u>**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District, and supplements and corrects its pending Motion for Pre-Trial Detention (ECF 7), and states to this Honorable Court the following:

1.      In its pending Motion, the United States stated upon information and belief that Defendant maintained a dual citizenship with Israel and the United States, and that he maintained an Israeli passport.  Upon further inquiry with Israeli authorities, the United States has now learned that Defendant does not, in fact, maintain dual citizenship.  Further, as he is not a citizen of Israel, Defendant does not possess an Israeli passport.  It is unknown whether Defendant ever sought Israeli citizenship under the Israeli Right to Return policy.

2.      As previously stated, Defendant is a citizen of the United States, born on October 24, 1978 in New York.  Defendant's United States passport, number 48464XXXX, was issued to him on June 20, 2011, with an expiration date of June 19, 2021.  According to information now received from the United States Department of Homeland Security, Defendant reported that

passport as lost/stolen, and on November 16, 2022 a new United States passport, number

A0404XXXX, was issued to him, with an expiration date of November 15, 2032.  Defendant

then reported that passport as lost/stolen on June 16, 2026 and he was issued an emergency

United States passport on June 17, 2026, number 72123XXXX, solely in order to travel to the

United States.

3.    As recently reported in the Jerusalem Post, "*Gerrer Hasid Accused of Massive Fraud Extradited to the US,*"[1] evidence presented during the Israeli extradition proceedings reflected that during the period of the instant charged scheme to defraud, Defendant "entered and exited Israel 117 times."   The article also quotes Jerusalem District Court Judge Gordon as opining that Defendant's conduct during the extradition process left "a sharp impression of someone seeking to prevent the hearing on the extradition petition."

WHEREFORE, the United States of America requests this Court issue its Order detaining Defendant prior to trial, and for such other relief as this Court finds appropriate under the circumstances.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY


*/s/  Hal Goldsmith*
HAL GOLDSMITH 32984 MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

---

[1] https://www.jpost.com/business-and-innovation/all-news/article-900846.

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Hal Goldsmith*
HAL GOLDSMITH
Assistant United States Attorney