# EXHIBIT LIST

# USA v. Michael Fein
## Case No: 4:20cr00405 AGF/SPM

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 1 | | | 07/06/26 | X | | Email | 07/06/26 |
| 2 | | | 07/06/26 | X | | Email | 07/06/26 |
| 3 | | | 07/06/26 | X | | Email | 07/06/26 |
| 4 | | | 07/06/26 | X | | Email | 07/06/26 |
| 5 | | | 07/06/26 | X | | Letter | 07/06/26 |
| 6 | | | 07/06/26 | X | | Emergency Passport issued 11/2022 | 07/06/26 |
| 7 | | | 07/06/26 | X | | Jerusalem Post Article | 07/06/26 |
| | D5 | | 07/06/26 | | | Hebrew Court Order Granting Unopposed Motion of Bail Money | 07/06/26 |
| | D1 | | 07/06/26 | | | Travel Records | 07/06/26 |
| | D2 | | 07/06/26 | | | Rental Car History | 07/06/26 |
| | D3 | | 07/06/26 | | | Boarding Pass | 07/06/26 |
| | | | | | | | |

☐EXHIBITS RETURNED TO COUNSEL        ☑ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

1.  **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    **Page** 1 of 1